PEOPLE, Respondent, v. CAHILL, Appellant. (Supreme Court, Appellate Division, Second Department. February 26, 1908.) Proceedings by the people of the state of New York against Joseph J. Cahill. No opinion. Reargument ordered, and case set down for Wednesday, March 4, 1908.

PEOPLE, Respondent, v. CARRINGTON, Appellant. (Supreme Court, Appellate Division, Third Department. March 23, 1908.) Proceedings by the people of the state of New York against Frank W. Carrington. No opinion. Order affirmed.

PEOPLE, Respondent, v. DEWEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Proceedings by the people of the state of New York against John Dewey. No opinion. Judgment and order reversed, and new trial granted. *Held*, that the verdict was contrary to and against the weight of the evidence.

PEOPLE, Respondent, v. FIORI, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 25, 1908.) Proceedings by the people of the state of New York against Francesco Fiori. No opinion. Motion to amend order of reversal, previously entered herein (123 App. Div. 174, 108 N. Y. Supp. 416), denied.

PEOPLE, Respondent, v. HARPENDING, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1908.) Proceedings by the people of the state of New York against Anthony S. Harpending. No opinion. Judgment of conviction reversed, and new trial granted. *Held*, that there were errors committed by the court in the charge and in the admission of evidence.

PEOPLE v. McCLELLAN et al. (Supreme Court, Appellate Division, First Department. February 21, 1908.) Proceedings by the people of the state of New York against George B. McClellan and another. C. J. Shearn, for appellant. E. L. Richards, Jr., for respondents. PER CURIAM. Motion granted, on condition that plaintiffs apply to the Court of Appeals for leave to bring the appeal on for argument at the earliest practicable day. Questions to be determined on settlement of order, which should be on 24 hours' notice.

PEOPLE, Respondent, v. MARINO, Appellant. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Proceedings by the people of the state of New York against Saviro Marino. No opinion. Judgment of the Court of Special Sessions affirmed.

PEOPLE, Appellant, v. ORIENTAL BANK, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 27, 1908.) Proceedings by the people of the state of New York against the Oriental Bank. No opinion. Motion denied, with $10 costs. Order filed.

PEOPLE v. SIMPSON et al. (Supreme Court, Appellate Division, Second Department. February 28, 1908.) Proceedings by the people of the state of New York against James W. Simpson and others. No opinion. Order affirmed, with $10 costs and disbursements. See 121 App. Div. 402, 106 N. Y. Supp. 45.

PEOPLE, Respondent, v. STEBBINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 11, 1908.) Proceedings by the people of the state of New York against John J. Stebbins. No opinion. Judgment and order affirmed.

PEOPLE, Respondent, v. ULSTER SQUARE DEALER, Appellant. (Supreme Court, Appellate Division, Third Department. March 19, 1908.) Proceedings by the people of the state of New York against the Ulster Square Dealer. No opinion. Appeal dismissed, on the authority of People v. Carroll, 105 App. Div. 147, 93 N. Y. Supp. 926.

PEOPLE v. VAN REE. (Supreme Court, Appellate Division, First Department. April 16, 1908.) Proceedings by the people of the state of New York against Frank Van Ree. No opinion. Motion granted. Order filed.

PEOPLE ex rel. COLLINS, Appellant, v. AHEARN, Respondent. (Supreme Court, Appellate Division, First Department. March 20, 1908.) Proceedings by the people of the state of New York, on the relation of James E. Collins, against John F. Ahearn, as president. J. W. Browne, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs, on 111 App. Div. 741, 98 N. Y. Supp. 492, and 120 App. Div. 95, 104 N. Y. Supp. 860. Order filed.

PEOPLE ex rel. DE GARMO, Appellant, v. BENTLEY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 4, 1908.) Proceedings by the people of the state of New York, on the relation of Katherine De Garmo, against F. P. Bentley, superintendent, etc. No opinion. Order affirmed.

PEOPLE ex rel. FITZGERALD et al. v. BINGHAM, Com'r. (Supreme Court, Appellate Division, First Department. February 28, 1908.) Proceedings by the people of the state of New York, on the relation of Christopher T. Fitzgerald and another, against Theodore A. Bingham, commissioner, etc. No opinion. Proceedings reversed, and relators reinstated. Orders filed.

PEOPLE ex rel. MANHATTAN SILK CO. v. KELSEY, Comptroller. (Supreme Court, Appellate Division, Third Department. March 11, 1908.) Proceedings by the people of the state of New York, on the relation of the Manhattan Silk Company, against Otto Kelsey, as Comptroller of the state of New York. No opinion. Determination of the Comptroller unanimously confirmed, with $50 costs and disbursements.

PEOPLE ex rel. NEW YORK CENT. & H. R. R. CO. v. PUBLIC SERVICE COMMIS-